JANINA M. HOSKINS, CHAPTER 7 TRUSTEE
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508
Facsimile: (707) 569-9518

CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 21-30377 |
| MICHAEL JAMES KNOX, | ) | Chapter 7 |
| Debtor. | ) | |

**FORM 1 COVER SHEET**

Attached hereto as Exhibit "A," is a true and correct copy of Form 1 for the case of Michael James Knox. No funds were received or administered by the Estate.

Dated: October 19, 2021                    /S/    Janina M. Hoskins
                                           JANINA M. HOSKINS, TRUSTEE

FORM 1 COVER SHEET

Case: 21-30377    Doc# 18    Filed: 10/19/21    Entered: 10/19/21 11:55:13    Page 1 of 3

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-30377 DM  
**Case Name:** KNOX, MICHAEL JAMES  

**Period Ending:** 10/19/21

**Trustee:** (007880) Janina M. Hoskins  
**Filed (f) or Converted (c):** 05/19/21 (f)  
**§341(a) Meeting Date:** 06/23/21  
**Claims Bar Date:** 07/28/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 143 Barranca Lane, Moss Beach, CA 94038-0000, Sa<br>Imported from original petition Doc# 1 | 195,000.00 | 0.00 | | 0.00 | FA |
| 2 | TV, Electronics, Cell Phone<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing, shoes<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Wells Fargo Bank<br>Imported from original petition Doc# 1 | 659.00 | 0.00 | | 0.00 | FA |
| 5 | Savings: Wells Fargo Bank<br>Imported from original petition Doc# 1 | 581.00 | 0.00 | | 0.00 | FA |
| 6 | IRA: Charles Schwab IRA<br>Imported from original petition Doc# 1 | 4,777.00 | 0.00 | | 0.00 | FA |
| 6 Assets | **Totals** (Excluding unknown values) | **$201,617.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

5/20/21- jmh case review  
6/14/21- review Mercedes MRS, review IRS Poc, email to Hayes and Crom re case issues  
8/27/21- review IRS tax transcript, claim and Crom analysis -  
10/19/21- review claims, confirm with counsel and accountant- NDR small IRS penalty portion re 724 options - Prepare and File FORM 1

Case: 21-30377    Doc# 18    Filed: 10/19/21    Entered: 10/19/21 11:55:13    Page 2 of 3

Printed: 10/19/2021 10:31 AM    V.20.36

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 21-30377 DM | Trustee: | (007880) | Janina M. Hoskins |
| Case Name: | KNOX, MICHAEL JAMES | Filed (f) or Converted (c): | 05/19/21 (f) |
| | | §341(a) Meeting Date: | 06/23/21 |
| Period Ending: | 10/19/21 | Claims Bar Date: | 07/28/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):**