# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Michael James Knox | Case No.: 21–30377 DM 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☒ Janina M. Hoskins is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☒ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 10/19/21

By the Court:

Dennis Montali
United States Bankruptcy Judge