# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 10/19/2021 |
| Case: 21–30377 | Form ID: FIND | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
tr     Janina M. Hoskins     jmelder7@aol.com
aty     Eric J. Gravel     ctnotices@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Michael James Knox     143 Barranca Lane     Moss Beach, CA 94038

TOTAL: 1