

**From:** steve@shieldscg.com <steve@shieldscg.com>
**Sent:** Monday, January 24, 2022 10:32 AM
**To:** ███████████████████████████████████████; Jmelder7@aol.com
**Subject:** Assets in Michael James Knox matter

**CAUTION - EXTERNAL:**

01/24/2022

To:     Honorable Judge Dennis Montali

        Janina Hoskins, Trustee

From:   Steve Shields, President, Shields Consulting Group, Inc

Re:     Recovery of Assets due to the Bankruptcy Court

Dear Honorable Judge Dennis Montali and Trustee Janina Hoskins,

My name is Steve Shields of Shields Consulting Group Inc. and we are asset recovery specialists. We have identified assets held by a government entity that are due to the Bankruptcy Court. The assets identified are in the debtor's name and the Bankruptcy Court was not notified of the assets.

The funds we research are created by unclaimed probate matters, foreclosure overages, tax refunds, etc. No claim has been made on these assets because the government entity has been unable to locate the claimant (the debtor), or because the claimant knows they cannot claim the assets without notifying you.

We work on a contingency basis for a referral fee of 20%, payable only if and when you are successful in claiming the funds. We have confirmed that these assets are still being held and have cross referenced the debtor information against the claimant due from the government entity..

If you agree you would be willing to consider recovering these assets for the Bankruptcy Court, please let me know, and I will forward a contract for our services, and once contract is signed, we will pass along the information needed to make the claim.

Case Information follows:

Chapter 7

Case Name: Michael James Knox

Case Number: 21-30377

Date Filed: 05/19/2021

Date Terminated: 10/19/2021

Amount of Assets: $110,000+

If you do not wish to claim these assets, please let me know and we can work with the debtor to recover the assets.

Respectfully,

Steve Shields, President
Shields Consulting Group, Inc.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.