TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
ELVINA ROFAEL (SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 21-30377-DM |
| MICHAEL JAMES KNOX, | Chapter 7 |
| Debtor. | |

**UNITED STATES TRUSTEE'S MOTION TO REOPEN CHAPTER 7 CASE**

Tracy Hope Davis, United States Trustee for Region 17 (the "United States Trustee"), by and through her undersigned counsel, moves the Court under 11 U.S.C. § 350(b) for an order reopening the above referenced bankruptcy case and directing the United States Trustee to appoint a trustee. The motion is based on the following:

//

//

//

//

# I. STATEMENT OF FACTS

1. Michael James Knox (the "Debtor"), by and through counsel Eric J. Gravel, filed a voluntary chapter 7 petition (the "Bankruptcy Case"), in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court") on May 19, 2021. ECF No. 1. Janina M. Hoskins was thereafter appointed the chapter 7 trustee in the Bankruptcy Case. *See* Docket generally.

2. The meeting of creditors under 11 U.S.C. § 341(a) was held and concluded on June 23, 2021. *Id.*

3. An order discharging the Debtor was entered on August 25, 2021. ECF No. 16.

4. On October 19, 2021, Ms. Hoskins filed a report of no distribution *See* Docket entry dated October 19, 2021. A final decree was subsequently entered on October 19, 2021 and the Bankruptcy Case was closed on the same day. ECF No. 19 and *see* Docket generally.

5. The Office of the United States Trustee has received information regarding the existence of a potential asset, consisting of an insurance payment due to the Debtor in excess of $100,000 which could be administered for the benefit of the Debtor's creditors. *See* Declaration of Paralegal Specialist Ianthe V. del Rosario (the "del Rosario Decl."), filed in support of this motion.

6. In the event of the recovery of assets or funds for the bankruptcy estate, the chapter 7 trustee shall pay to the Bankruptcy Court Clerk's Office the amount of the filing fee to reopen this case.

7. Based upon the foregoing, the United States Trustee contends that this case should be reopened and a trustee is necessary to protect the interests of creditors in accordance with Fed. R. Bankr. P. 5010.

## II. MEMORANDUM OF POINTS AND AUTHORITIES

Section 350(b) of the Bankruptcy Code permits a case to be reopened "to administer assets, to accord relief to the debtor, or for other cause." 11 U.S.C. § 350(b). A case may be reopened on motion of a party in interest and, if the court finds it necessary, a trustee should be appointed. *See* Fed. R. Bankr. P. 5010. A motion to reopen is properly brought without need to notice all parties in interest. *See Abbott v. Daff (In re Abbott)*, 183 B.R. 198, 200 (9th Cir. B.A.P. 1995) ("A motion to reopen a bankruptcy case is simply a mechanical device which can be brought ex parte and without notice.").

In this case, based upon information regarding the existence of a potential asset that could be administered for the benefit of unsecured creditors, sufficient cause exists under section 350(b) to reopen this case. *See* del Rosario Decl., ¶ 4.

## III. PRAYER FOR RELIEF

WHEREFORE, the United States Trustee requests entry of an order (i) reopening the Debtor's case; (ii) authorizing the United States Trustee to appoint a chapter 7 trustee; (iii) ordering the payment of the costs of reopening this case should the chapter 7 trustee recover assets and (iv) granting such further relief as is just and appropriate.

Dated: January 27, 2022

        TRACY HOPE DAVIS
        United States Trustee

        */s/ Elvina Rofael*
        Elvina Rofael
        Trial Attorney for United States Trustee

Motion to Reopen Chapter 7 Case (21-30377)
Case: 21-30377   Doc# 23   Filed: 01/27/22   Entered: 01/27/22 08:06:37   Page 3 of 3