TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
ELVINA ROFAEL (SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

MICHAEL JAMES KNOX,

                Debtor.

Case No. 21-30377-DM

Chapter 7

**DECLARATION OF PARALEGAL SPECIALIST IANTHE V. DEL ROSARIO IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE AND MEMORANDUM OF POINTS AND <u>AUTHORITIES IN SUPPORT OF THE MOTION</u>**

I, IANTHE V. DEL ROSARIO, declare as follows:

1. I am employed as a Paralegal Specialist in the Office of the United States Trustee, Region 17, San Francisco Division, 450 Golden Gate Avenue, Room 05-0153, San Francisco, California 94102.

2. I am over the age of 18.

3. I make this declaration based on my own personal knowledge of the facts of this matter. If called upon to do so, I could and would testify as to these facts.

4. The Office of the United States Trustee has received information from Ms. Hoskins regarding the existence of a potential asset, consisting of an insurance payment due to the Debtor in excess of $100,000 which could be administered for the benefit of the Debtor's creditors.

5. I declare under penalty of perjury that the foregoing is true and correct this 27th day of January 2022 in Daly City, California.

                                             */s/ Ianthe V. del Rosario*
                                             Ianthe V. del Rosario
                                             Paralegal Specialist