TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
ELVINA ROFAEL (SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 21-30377-DM |
| MICHAEL JAMES KNOX, | Chapter 7 |
| Debtor. | |

## ORDER REOPENING CHAPTER 7 CASE

Tracy Hope Davis, United States Trustee for Region 17, (the "United States Trustee"), having applied under 11 U.S.C. § 350(b) for entry of an order reopening the chapter 7 case captioned above, and good cause appearing thereon, IT IS HEREBY ORDERED:

1. That the above captioned case be and hereby is reopened, and that the United States Trustee appoint a chapter 7 trustee in this case;

2. That in the event of the recovery of assets or funds for the bankruptcy estate, the assigned chapter 7 trustee shall pay to the Bankruptcy Court Clerk's Office the amount of the filing fee to reopen this case; and

3. That if no motions or adversary proceedings are pending within 60 days of the date of the entry of the order reopening the case, the case shall be re-closed without further notice or hearing.

*******End of Order*******

## COURT SERVICE LIST

ECF Participants.

Mercedes Benz Financial Services
36455 Corporate Dr
Farmington Hills, MI 48331