UNITED STATES BANKRUPTCY COURT
Northern District of California San Francisco

In re:
Michael James Knox,
       Debtor(s).

Case No.: 21-30377
Chapter: 7

# CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on January 27, 2022 as directed by Office of the U.S. Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

U.S. Trustee's Motion to Reopen Chapter 7 Case; Declaration of Ianthe V. del Rosario in Support of Motion and Proposed Order Reopening Case.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. January 27, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Michael James Knox 21-30377**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 1707 | Eric J. Gravel , Law Offices of Eric J. Gravel, 1390 Market St. Suite 200, San Francisco, CA, 94102-5404 | **First Class** |
| 1707 | Janina M. Hoskins , P.O. Box 158, Middletown, CA, 95461-0158 | **First Class** |
| 1707 | Mercedes Benz Financial Services, 36455 Corporate Drive, Farmington Hills, MI, 48331, United States of America | **First Class** |
| 1707 | Michael James Knox , 143 Barranca Lane, Moss Beach, CA, 94038-9775 | **First Class** |