MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770

Attorneys for Janina Hoskins
　　　　　Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                    Case No.  21-30377

MICHAEL JAMES KNOX,                          Chapter 7


　　　　Debtor.
_____/

CHAPTER 7 TRUSTEE'S APPLICATION FOR
AUTHORITY TO EMPLOY COUNSEL
DECLARATION OF MICHAEL FALLON

The Application of Janina Hoskins, respectfully represents:

1.   Janina Hoskins is the duly appointed and acting trustee.

2.   Janina Hoskins wishes to employ Michael Fallon, who is duly admitted to practice in this court, to represent her in this case.  This application is made pursuant to 11 USC § 327(a).

3.   Janina Hoskins has determined that Michael Fallon has had experience in matters of this character and is qualified to represent her.

4.   The professional services which Michael Fallon will render are the general representation of Janina Hoskins in this case and the performance of all legal services for her which may be necessary herein, and specifically to assist her with the recovery of undisclosed property.

5.   When your applicant was a practicing lawyer she and Michael Fallon shared

1

office space and worked together on cases for which Michael Fallon paid me a fee. At present there are no remaining unpaid obligations between your applicant and Michael Fallon. Your applicant does not have any financial ties to Michael Fallon and Michael Fallon does not have any financial ties to your applicant.

6. To the best of your applicant's knowledge neither Michael Fallon nor anyone working in his office has had any connection with the Debtor, his creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and does not represent any interest adverse to your applicant or this estate and is a disinterested person within the meaning of 11 U.S.C. §101(14).

7. Michael Fallon has agreed to represent your Applicant at the following rates for himself and supporting personnel:

Michael C. Fallon: $500 per hour

Michael C. Fallon, Jr.: $300 per hour

Legal Assistant: $150 per hour

WHEREFORE, Applicant requests that she be authorized to employ Michael Fallon as her attorney in this case.

Dated: January 31, 2022                                    /s/ Janina Hoskins

_____
Janina Hoskins, Trustee

DECLARATION OF MICHAEL FALLON

I, MICHAEL FALLON, declare:

1.      I am an attorney at law licensed to practice before the Federal Courts for the Northern District of California.

2.      To the best of my knowledge, neither I nor any person in my office has had any connection with the Debtors, their creditors, or any party in interest herein, or their respective attorneys or accountants.

Case: 21-30377   Doc# 29   Filed: 01/31/22   Entered: 01/31/22 14:32:22   Page 2 of 3

3.    When Janina Hoskins was a practicing lawyer she and I shared office space and worked together on cases for which I paid her a fee.  At present there are no remaining unpaid obligations between Janina Hoskins and me.   Janina Hoskins does not have any financial ties to me and I do not have any financial ties to Janina Hoskins.

4.    I have had the following connections with the Office of the United States Trustee and  persons employed in the Office of the United States Trustee.   In 2013, I was appointed chapter11 trustee in the matter of June and Billy Vahn, and the related case of Paper Rush, both San Francisco cases.  The cases were converted to chapter 7 shortly after my appointment and I am the chapter 7 trustee; both cases have been closed.   Also, I was appointed chapter 11 trustee in the matter of Jennifer Wilson; a final decree has been entered and the case closed.  Other than these connections I have had not any connection with the Office of the United States Trustee, or any person employed in the Office of the United States Trustee.

4.    To the best of my knowledge, I  do not represent any interest adverse to the this estate, and that I am a disinterested person within the meaning of 11 U.S.C. §101(14).

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed by me on January 31, 2022, at Santa Rosa, California.


/s/ *Michael C. Fallon*

_____
Michael C. Fallon