

**Entered on Docket**
**February 15, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770

Attorneys for Janina Hoskins
      Bankruptcy Trustee

Signed and Filed: February 15, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

MICHAEL JAMES KNOX,

    Debtor.
_____/

Case No. 21-30377

Chapter 7

ORDER AUTHORIZING TRUSTEE
TO EMPLOY COUNSEL

    The court having considered the Application of the chapter 7 trustee, Janina Hoskins, for authorization to employ Michael Fallon to represent her as Trustee, and upon the Declaration of Michael Fallon which accompanies the said Application, and the court being satisfied that Michael Fallon does not hold or represent any interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. §101(14), it is hereby

    ORDERED that Janina Hoskins, as Trustee, is authorized pursuant to 11 USC § 327(a) to employ Michael Fallon to represent her, with compensation and reimbursement of costs subject to court approval.

**END OF ORDER**

COURT SERVICE LIST