Michael C. Fallon, SBN: 088313
Michael C. Fallon, Jr., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Signed and Filed: May 26, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Counsel to Janina M. Hoskins,
Trustee in bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL JAMES KNOX,<br><br>Debtor. | Case No. 21-30377<br>Chapter 7 |

ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

    JANINA M. HOSKINS ("Applicant"), the trustee herein, having filed the Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 7 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefore, IT IS HEREBY ORDERED that Applicant is authorized to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee accountant to prepare and file tax returns; to prepare tax projections and perform tax analysis; to analyze tax claims filed in this case; to analyze the tax impact of potential transactions, if necessary; to analyze as to avoidance issues, if necessary;

to prepare a solvency analysis, if necessary; to testify as to avoidance issues, if necessary; to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate at a fee subject to court approval. The court's Guidelines for Compensation and Reimbursement will apply. They are available at https://www.canb.uscourts.gov/procedure/guidelines-compensation-and-expense-reimbursement-professional-and-trustees.

IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act, through its officers and employees, for and on behalf of the trustee and or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate. No compensation shall be allowed or paid except pursuant to further Court order.

**END OF ORDER**

| | COURT SERVICE LIST |
|---|---|

Jay D. Crom
jcrom@bachcrom.com
Bachecki, Crom & Co. LLP
400 Oyster Point Boulevard, Suite 106
South San Francisco, CA 94080