UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: KNOX, MICHAEL JAMES § Case No. 21-30377
§
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/19/2021. The undersigned trustee was appointed on 01/31/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $    116,151.14

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 260.00 |
| Bank service fees | 148.62 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 115,742.52 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/28/2021 and the deadline for filing governmental claims was 11/15/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,057.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,057.56, for a total compensation of $9,057.56[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $15.00 for total expenses of $15.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/12/2023            By: /s/ Janina M. Hoskins
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A  
Page: 1

Case No.: 21-30377  
Case Name: KNOX, MICHAEL JAMES  
For Period Ending: 01/12/2023

Trustee Name: (007880) Janina M. Hoskins  
Date Filed (f) or Converted (c): 05/19/2021 (f)  
§ 341(a) Meeting Date: 06/23/2021  
Claims Bar Date: 07/28/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 143 Barranca Lane, Moss Beach, CA 94038-0000, Sa<br>Imported from original petition Doc# 1 | 195,000.00 | 0.00 | | 0.00 | FA |
| 2 | TV, Electronics, Cell Phone<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing, shoes<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Wells Fargo Bank<br>Imported from original petition Doc# 1 | 659.00 | 0.00 | | 0.00 | FA |
| 5 | Savings: Wells Fargo Bank<br>Imported from original petition Doc# 1 | 581.00 | 0.00 | | 0.00 | FA |
| 6 | IRA: Charles Schwab IRA<br>Imported from original petition Doc# 1 | 4,777.00 | 0.00 | | 0.00 | FA |
| 7 | CA Unclaimed Funds (u) | 0.00 | 116,177.14 | | 116,151.14 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$201,617.00** | **$116,177.14** | | **$116,151.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

5/20/21- jmh case review  
6/14/21- review Mercedes MRS, review IRS Poc, email to Hayes and Crom re case issues  
8/27/21- review IRS tax transcript, claim and Crom analysis -  
10/19/21- review claims, confirm with counsel and accountant- NDR small IRS penalty portion re 724 options - Prepare and File FORM 1  
1/31/22- confirm reopening, awaiting confirmation of trustee selection/appointment- confirm, enter reopening fee as a claim, retain counsel  
2/15/22- counsel retained  
4/1/22- confirm Asset entered, update EFTR date, task follow up re accountant, prior claims bar date set  
5/20/22- prepare email to Crom re case assignment.  
5/23/22- Review and approve Crom Employment APP  
7/26/22- case review, update tasks  re CA unclaimed funds payment timing  
9/29/22- fu with counsel re Aug. 8th ltr from CA re referral of claim to legal counsel  
12/5/22- process FTB funds, prepare email to counsel and accountant re case wrap up  
12/28/22- year end review, follow re closing steps, task same  
1/9/23- process estate's final tax return, claims review, TFR prep, Form 1 fu review  
4/1/22- reopened pending unclaimed CA funds- six month estimate for CA to process and pay submitted  
2/1/122- Asset No. 7  

Initial Projected Date Of Final Report (TFR): 03/31/2023   Current Projected Date Of Final Report (TFR): 03/31/2023

01/12/2023  
Date

/s/Janina M. Hoskins  
Janina M. Hoskins

Case: 21-30377    Doc# 36    Filed: 02/24/23    Entered: 02/24/23 13:18:07    Page 3 of 13

UST Form 101-7-TFR (5/1/2011)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |
|---|---|
| Case No.: | 21-30377 |
| Case Name: | KNOX, MICHAEL JAMES |
| Taxpayer ID #: | **-***3230 |
| For Period Ending: | 01/12/2023 |

| | |
|---|---|
| Trustee Name: | Janina M. Hoskins (007880) |
| Bank Name: | TriState Capital Bank |
| Account #: | ******5211 Checking |
| Blanket Bond (per case limit): | $47,482,695.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/05/22 | {7} | State of California | CA unclaimed asset turnover | 1229-000 | 116,151.14 | | 116,151.14 |
| 12/06/22 | 101 | Clerk of the Court- USBC | Payment re deferred reopening fee: | 2700-000 | | 260.00 | 115,891.14 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 148.62 | 115,742.52 |
| | | COLUMN TOTALS | | | 116,151.14 | 408.62 | $115,742.52 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | | 116,151.14 | 408.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $116,151.14 | $408.62 | |

Case: 21-30377    Doc# 36    Filed: 02/24/23    Entered: 02/24/23 13:18:07    Page 4 of 13

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

**Case No.:** 21-30377
**Case Name:** KNOX, MICHAEL JAMES
**Taxpayer ID #:** **-***3230
**For Period Ending:** 01/12/2023

**Trustee Name:** Janina M. Hoskins (007880)
**Bank Name:** TriState Capital Bank
**Account #:** ******5211 Checking
**Blanket Bond (per case limit):** $47,482,695.00
**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $116,151.14 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $116,151.14 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5211 Checking | $116,151.14 | $408.62 | $115,742.52 |
| | **$116,151.14** | **$408.62** | **$115,742.52** |

01/12/2023
Date

/s/Janina M. Hoskins
Janina M. Hoskins

# Exhibit C

## Claims Register

**Case: 21-30377 MICHAEL JAMES KNOX**

**Claims Bar Date:** 7/28/21 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Janina M. Hoskins<br>18255 Vintage Court, #C<br>Middletown, CA 95461 | Admin Ch. 7 | | $ 9,057.56 | $0.00 | $9,057.56 |
| TE | Janina M. Hoskins<br>18255 Vintage Court, #C<br>Middletown, CA 95461 | Admin Ch. 7 | | $ 15.00 | $0.00 | $15.00 |
| | Bachecki, Crom & Co. LLP<br>400 Oyster Point Boulevard, Suite 106<br>South San Francisco, CA 94040 | Admin Ch. 7 | | $ 2,825.50 | $0.00 | $2,825.50 |
| | Bachecki, Crom & Co. LLP<br>400 Oyster Point Boulevard, Suite 106<br>South San Francisco, CA 94040 | Admin Ch. 7 | | $ 67.04 | $0.00 | $67.04 |
| | Clerk of the Court | Admin Ch. 7 | | $ 260.00 | $260.00 | $0.00 |

# Exhibit C

## Claims Register

**Case: 21-30377 MICHAEL JAMES KNOX**

**Claims Bar Date:** 7/28/21 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | MICHAEL C. FALLON<br>100 E STREET, SUITE 220<br>Santa Rosa, CA 95404 | Admin Ch. 7 |  | $ 2,100.00 | $0.00 | $2,100.00 |
|  | MICHAEL C. FALLON<br>100 E STREET, SUITE 220<br>Santa Rosa, CA 95404 | Admin Ch. 7 |  | $ 7.00 | $0.00 | $7.00 |
| 1P-1 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority Unsecured |  | $ 20,000.00 | $0.00 | $20,000.00 |
| 1S-1 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secured |  | $ 29,709.68 | $0.00 | $29,709.68 |
| 1U-1 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured |  | $ 25,184.88 | $0.00 | $25,184.88 |

# Exhibit C

## Claims Register

**Case: 21-30377 MICHAEL JAMES KNOX**

**Claims Bar Date:** 7/28/21 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 -1 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.,c/o National Bankruptcy Services, LLC,P.O. B<br>Addison, TX 75001 | Unsecured | | $ 12,748.47 | $0.00 | $12,748.47 |
| 3 -1 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.,c/o National Bankruptcy Services, LLC,P.O. B<br>Addison, TX 75001 | Unsecured | | $ 11,422.61 | $0.00 | $11,422.61 |
| 4P-1 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Priority Unsecured | | $ 6,150.92 | $0.00 | $6,150.92 |
| 4U-1 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Unsecured | | $ 12,131.20 | $0.00 | $12,131.20 |
| | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secured | 7596 | $ 0.00 | $0.00 | $0.00 |

# Exhibit C

## Claims Register

**Case: 21-30377 MICHAEL JAMES KNOX**

**Claims Bar Date:** 7/28/21 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Franchise Tax Board<br>P. 0. Box 2952<br>Sacramento, CA 95812 | Priority Unsecured | 7596 | $ 0.00 | $0.00 | $0.00 |
| | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | 7596 | $ 0.00 | $0.00 | $0.00 |
| | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | 7596 | $ 0.00 | $0.00 | $0.00 |
| | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Unsecured | 7596 | $ 0.00 | $0.00 | $0.00 |
| | Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Unsecured | 7596 | $ 0.00 | $0.00 | $0.00 |

# Exhibit C

## Claims Register

**Case: 21-30377 MICHAEL JAMES KNOX**

**Claims Bar Date:** 7/28/21 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 | Unsecured | 4692 | $ 0.00 | $0.00 | $0.00 |
| | Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 | Unsecured | 5951 | $ 0.00 | $0.00 | $0.00 |
| | Mercedes Benz Financia<br>P.o. Box 961<br>Roanoke, TX 76262 | Unsecured | 4001 | $ 0.00 | $0.00 | $0.00 |
| | Telecom Self-reported<br>Po Box 4500<br>Allen, TX 75013 | Unsecured | 77C3 | $ 0.00 | $0.00 | $0.00 |
| | | | **Case Total:** | | $260.00 | $131,419.86 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-30377
Case Name: MICHAEL JAMES KNOX
Trustee Name: Janina M. Hoskins

**Balance on hand:** $ 115,742.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S-1 | Department of the Treasury | 29,709.68 | 29,709.68 | 0.00 | 29,709.68 |

Total to be paid to secured creditors: $ 29,709.68
Remaining balance: $ 86,032.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Janina M. Hoskins | 9,057.56 | 0.00 | 9,057.56 |
| Trustee, Expenses - Janina M. Hoskins | 15.00 | 0.00 | 15.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 260.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - MICHAEL C. FALLON | 2,100.00 | 0.00 | 2,100.00 |
| Attorney for Trustee Expenses (Other Firm) - MICHAEL C. FALLON | 7.00 | 0.00 | 7.00 |
| Accountant for Trustee Fees (Other Firm) - Bachecki, Crom & Co. LLP | 2,825.50 | 0.00 | 2,825.50 |
| Accountant for Trustee Expenses (Other Firm) - Bachecki, Crom & Co. LLP | 67.04 | 0.00 | 67.04 |

Total to be paid for chapter 7 administrative expenses: $ 14,072.10
Remaining balance: $ 71,960.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 71,960.74

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,150.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P-1 | Department of the Treasury | 20,000.00 | 0.00 | 20,000.00 |
| 4P-1 | FRANCHISE TAX BOARD | 6,150.92 | 0.00 | 6,150.92 |

| | | |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 26,150.92 |
| Remaining balance: | $ | 45,809.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $61,487.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U-1 | Department of the Treasury | 25,184.88 | 0.00 | 18,763.51 |
| 2 -1 | JPMorgan Chase Bank, N.A. | 12,748.47 | 0.00 | 9,498.00 |
| 3 -1 | JPMorgan Chase Bank, N.A. | 11,422.61 | 0.00 | 8,510.19 |
| 4U-1 | FRANCHISE TAX BOARD | 12,131.20 | 0.00 | 9,038.12 |

| | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 45,809.82 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

| | | |
|---|---:|---:|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**