United States Bankruptcy Court

Northern District of California

In re:                                                                                   Case No. 21-30377-DM
Michael James Knox                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3                                       User: admin                                       Page 1 of 2
Date Rcvd: Feb 24, 2023                                Form ID: NFH                                    Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael James Knox, 143 Barranca Lane, Moss Beach, CA 94038-9775 |
| 15303350 | ++ | MERCEDES BENZ FINANCIAL SERVICES, 13650 HERITAGE PARKWAY, FORT WORTH TX 76177-5323 address filed with court:, Mercedes Benz Financial Services, 36455 Corporate Dr, Farmington Hills, MI 48331 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: M74banko@mercedes-benz.com | Feb 25 2023 00:19:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 15303344 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2023 00:19:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15303346 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 25 2023 00:19:00 | Franchise Tax Board, P. O. Box 2952, Sacramento, CA 95812-2952 |
| 15303347 | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 25 2023 00:19:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 15303345 | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 25 2023 00:19:00 | Franchise Tax Board, Bankruptcy Unit, PO Box 2952, Sacramento, CA 95812-2952 |
| 15303348 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2023 00:30:59 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15309899 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 25 2023 00:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, TX 75001-9013 |
| 15310892 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 25 2023 00:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15303349 | + | Email/Text: M74banko@mercedes-benz.com | Feb 25 2023 00:19:00 | Mercedes Benz Financia, P.o. Box 961, Roanoke, TX 76262-0961 |
| 15303351 | + | Email/Text: documentfiling@lciinc.com | Feb 25 2023 00:19:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Steve Shields, Shields Consulting Group, Inc |
| intp | *P++ | MERCEDES BENZ FINANCIAL SERVICES, 13650 HERITAGE PARKWAY, FORT WORTH TX 76177-5323, address filed with court:, Mercedes Benz Financial Services, 36455 Corporate Dr, Farmington Hills, MI 48331 |

15311058         *         FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bachecki, Crom & Co., LLP | JCrom@bachcrom.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the U.S. Trustee / SF elvina.rofael@usdoj.gov Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov |
| Eric J. Gravel | on behalf of Debtor Michael James Knox ctnotices@gmail.com LawOfficesofEricJ.GravelER50854@notify.bestcase.com |
| Janina M. Hoskins | jmelder7@aol.com Ca80@ecfcbis.com |
| Jennifer Wang | on behalf of Creditor Daimler Trust jwang@cookseylaw.com jwang@ecf.courtdrive.com |
| Michael C. Fallon | on behalf of Trustee Janina M. Hoskins mcfallon@fallonlaw.net manders@fallonlaw.net |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 7

Form NFH

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | | |
|---|---|---|
| In Re: | Michael James Knox | Case No.: 21−30377 DM 7 |
| | Debtor(s) | Chapter: 7 |

## NOTICE OF HEARING ON TRUSTEE'S FINAL APPLICATION(S) FOR COMPENSATION

PLEASE TAKE NOTICE THAT Janina M. Hoskins, trustee in the above styled case has filed a Final Report of Estate and the trustee's professionals have filed final fee applications. Notice is also given that a hearing will be held to act on the applications for compensation. Objections to the Trustee's Final Report and Applications must be filed and served no later than 7 days before the date of the hearing, notwithstanding the deadline for objections in the accompanying Notice of Trustee's Final Report. Any objections will be heard on the date set forth below. **Attendance by creditors is welcome but not required.**

| | |
|---|---|
| **DATE:** March 24, 2023 | **TIME:** 10:30 AM |
| **LOCATION:** Via Tele/Videoconference, www.canb.uscourts.gov/calendars | |

Dated: 2/24/23

For the Court:

Edward J. Emmons
Clerk of Court United States Bankruptcy Court