**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: KNOX, MICHAEL JAMES        §   Case No. 21-30377
                                  §
                                  §
                                  §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Janina M. Hoskins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $201,617.00 | Assets Exempt: | $201,617.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $101,670.42 | Claims Discharged Without Payment: | $46,147.59 |
| Total Expenses of Administration: | $14,480.72 | | |

    3) Total gross receipts of $116,151.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $116,151.14 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $61,702.25 | $29,709.68 | $29,709.68 | $29,709.68 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $14,480.72 | $14,480.72 | $14,480.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $5,914.91 | $26,150.92 | $26,150.92 | $26,150.92 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $69,052.25 | $61,487.16 | $61,487.16 | $45,809.82 |
| **TOTAL DISBURSEMENTS** | $136,669.41 | $131,828.48 | $131,828.48 | $116,151.14 |

4) This case was originally filed under chapter 7 on 05/19/2021. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/01/2023       By: /s/ Janina M. Hoskins
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CA Unclaimed Funds | 1229-000 | $116,151.14 |
| **TOTAL GROSS RECEIPTS** | | **$116,151.14** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S-1 | Department of the Treasury | 4300-000 | $61,702.25 | $29,709.68 | $29,709.68 | $29,709.68 |
| | **TOTAL SECURED** | | **$61,702.25** | **$29,709.68** | **$29,709.68** | **$29,709.68** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Janina M. Hoskins | 2100-000 | NA | $9,057.56 | $9,057.56 | $9,057.56 |
| Trustee, Expenses - Janina M. Hoskins | 2200-000 | NA | $15.00 | $15.00 | $15.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $148.62 | $148.62 | $148.62 |
| Attorney for Trustee Fees (Other Firm) - MICHAEL C. FALLON | 3210-000 | NA | $2,100.00 | $2,100.00 | $2,100.00 |
| Attorney for Trustee Expenses (Other Firm) - MICHAEL C. FALLON | 3220-000 | NA | $7.00 | $7.00 | $7.00 |
| Accountant for Trustee Fees (Other Firm) - Bachecki, Crom & Co. LLP | 3410-000 | NA | $2,825.50 | $2,825.50 | $2,825.50 |
| Accountant for Trustee Expenses (Other Firm) - Bachecki, Crom & Co. LLP | 3420-000 | NA | $67.04 | $67.04 | $67.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $14,480.72 | $14,480.72 | $14,480.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-1 | Department of the Treasury | 5800-000 | $0.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| 4P-1 | FRANCHISE TAX BOARD | 5800-000 | $5,914.91 | $6,150.92 | $6,150.92 | $6,150.92 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$5,914.91** | **$26,150.92** | **$26,150.92** | **$26,150.92** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-1 | Department of the Treasury | 7100-000 | $3,624.15 | $25,184.88 | $25,184.88 | $18,763.51 |
| 2 -1 | JPMorgan Chase Bank, N.A. | 7100-000 | $12,373.00 | $12,748.47 | $12,748.47 | $9,498.00 |
| 3 -1 | JPMorgan Chase Bank, N.A. | 7100-000 | $10,886.00 | $11,422.61 | $11,422.61 | $8,510.19 |
| 4U-1 | FRANCHISE TAX BOARD | 7100-000 | $11,698.85 | $12,131.20 | $12,131.20 | $9,038.12 |
| N/F | Department of the Treasury | 7100-000 | $12,756.15 | NA | NA | NA |
| N/F | Franchise Tax Board | 7100-000 | $4,854.10 | NA | NA | NA |
| N/F | Mercedes Benz Financia | 7100-000 | $12,774.00 | NA | NA | NA |
| N/F | Telecom Self-reported | 7100-000 | $86.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$69,052.25** | **$61,487.16** | **$61,487.16** | **$45,809.82** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 21-30377  
Case Name: KNOX, MICHAEL JAMES  
For Period Ending: 05/01/2023

Trustee Name: (007880) Janina M. Hoskins  
Date Filed (f) or Converted (c): 05/19/2021 (f)  
§ 341(a) Meeting Date: 06/23/2021  
Claims Bar Date: 07/28/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 143 Barranca Lane, Moss Beach, CA 94038-0000, Sa<br>Imported from original petition Doc# 1 | 195,000.00 | 0.00 | | 0.00 | FA |
| 2 | TV, Electronics, Cell Phone<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing, shoes<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Wells Fargo Bank<br>Imported from original petition Doc# 1 | 659.00 | 0.00 | | 0.00 | FA |
| 5 | Savings: Wells Fargo Bank<br>Imported from original petition Doc# 1 | 581.00 | 0.00 | | 0.00 | FA |
| 6 | IRA: Charles Schwab IRA<br>Imported from original petition Doc# 1 | 4,777.00 | 0.00 | | 0.00 | FA |
| 7 | CA Unclaimed Funds (u) | 0.00 | 116,177.14 | | 116,151.14 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$201,617.00** | **$116,177.14** | | **$116,151.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

5/20/21- jmh case review  
6/14/21- review Mercedes MRS, review IRS Poc, email to Hayes and Crom re case issues  
8/27/21- review IRS tax transcript, claim and Crom analysis -  
10/19/21- review claims, confirm with counsel and accountant- NDR small IRS penalty portion re 724 options - Prepare and File FORM 1  
1/31/22- confirm reopening, awaiting confirmation of trustee selection/appointment- confirm, enter reopening fee as a claim, retain counsel  
2/15/22- counsel retained  
4/1/22- confirm Asset entered, update EFTR date, task follow up re accountant, prior claims bar date set  
5/20/22- prepare email to Crom re case assignment.  
5/23/22- Review and approve Crom Employment APP  
7/26/22- case review, update tasks re CA unclaimed funds payment timing  
9/29/22- fu with counsel re Aug. 8th ltr from CA re referral of claim to legal counsel  
12/5/22- process FTB funds, prepare email to counsel and accountant re case wrap up  
12/28/22- year end review, follow re closing steps, task same  
1/9/23- process estate's final tax return, claims review, TFR prep, Form 1 fu review  
1/12/23- TFR submitted  
4/1/22- reopened pending unclaimed CA funds- six month estimate for CA to process and pay submitted  
2/1/122- Asset No. 7

Initial Projected Date Of Final Report (TFR): 03/31/2023  
Current Projected Date Of Final Report (TFR): 01/12/2023 (Actual)

05/01/2023  
Date

/s/Janina M. Hoskins  
Janina M. Hoskins

Case: 21-30377  Doc# 45  Filed: 05/08/23  Entered: 05/08/23 10:51:00  Page 6 of 9

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 21-30377 | Trustee Name: | Janina M. Hoskins (007880) |
|---|---|---|---|
| Case Name: | KNOX, MICHAEL JAMES | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***3230 | Account #: | ******5211 Checking |
| For Period Ending: | 05/01/2023 | Blanket Bond (per case limit): | $47,482,695.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/05/22 | {7} | State of California | CA unclaimed asset turnover | 1229-000 | 116,151.14 | | 116,151.14 |
| 12/06/22 | 101 | Clerk of the Court- USBC | Payment re deferred reopening fee: | 2700-000 | | 260.00 | 115,891.14 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 148.62 | 115,742.52 |
| 03/28/23 | 102 | Department of the Treasury | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 100.00% of $29,709.68; Claim # 1S-1; Filed: $29,709.68 | 4300-000 | | 29,709.68 | 86,032.84 |
| 03/28/23 | 103 | Janina M. Hoskins | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 100.00% of $9,057.56; Claim # FEE; Filed: $9,057.56 | 2100-000 | | 9,057.56 | 76,975.28 |
| 03/28/23 | 104 | Janina M. Hoskins | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 100.00% of $15.00; Claim # TE; Filed: $15.00 | 2200-000 | | 15.00 | 76,960.28 |
| 03/28/23 | 105 | MICHAEL C. FALLON | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 100.00% of $2,100.00; Claim # ; Filed: $2,100.00 | 3210-000 | | 2,100.00 | 74,860.28 |
| 03/28/23 | 106 | MICHAEL C. FALLON | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 100.00% of $7.00; Claim # ; Filed: $7.00 | 3220-000 | | 7.00 | 74,853.28 |
| 03/28/23 | 107 | Bachecki, Crom & Co. LLP | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 100.00% of $2,825.50; Claim # ; Filed: $2,825.50 | 3410-000 | | 2,825.50 | 72,027.78 |
| 03/28/23 | 108 | Bachecki, Crom & Co. LLP | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 100.00% of $67.04; Claim # ; Filed: $67.04 | 3420-000 | | 67.04 | 71,960.74 |
| 03/28/23 | 109 | Department of the Treasury | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 100.00% of $20,000.00; Claim # 1P-1; Filed: $20,000.00 | 5800-000 | | 20,000.00 | 51,960.74 |
| 03/28/23 | 110 | FRANCHISE TAX BOARD | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 100.00% of $6,150.92; Claim # 4P-1; Filed: $6,150.92 | 5800-000 | | 6,150.92 | 45,809.82 |
| 03/28/23 | 111 | Department of the Treasury | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 74.50% of $25,184.88; Claim # 1U-1; Filed: $25,184.88 | 7100-000 | | 18,763.51 | 27,046.31 |
| 03/28/23 | 112 | JPMorgan Chase Bank, N.A. | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 74.50% of $12,748.47; Claim # 2 -1; Filed: $12,748.47 | 7100-000 | | 9,498.00 | 17,548.31 |
| 03/28/23 | 113 | JPMorgan Chase Bank, N.A. | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 74.50% of $11,422.61; Claim # 3 -1; Filed: $11,422.61 | 7100-000 | | 8,510.19 | 9,038.12 |

Page Subtotals: $116,151.14 $107,113.02

Case: 21-30377 Doc# 45 Filed: 05/08/23 Entered: 05/08/23 10:51:00 Page 7 of 9

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 21-30377 | Trustee Name: | Janina M. Hoskins (007880) |
|---|---|---|---|
| Case Name: | KNOX, MICHAEL JAMES | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***3230 | Account #: | ******5211 Checking |
| For Period Ending: | 05/01/2023 | Blanket Bond (per case limit): | $47,482,695.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/28/23 | 114 | FRANCHISE TAX BOARD | MICHAEL JAMES KNOX21-30377Distribution payment - Dividend paid at 74.50% of $12,131.20; Claim # 4U-1; Filed: $12,131.20 | 7100-000 | | 9,038.12 | 0.00 |
| | | | COLUMN TOTALS | | 116,151.14 | 116,151.14 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 116,151.14 | 116,151.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $116,151.14 | $116,151.14 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| **Case No.:** 21-30377 | **Trustee Name:** Janina M. Hoskins (007880) |
| **Case Name:** KNOX, MICHAEL JAMES | **Bank Name:** TriState Capital Bank |
| **Taxpayer ID #:** **-***3230 | **Account #:** ******5211 Checking |
| **For Period Ending:** 05/01/2023 | **Blanket Bond (per case limit):** $47,482,695.00 |
| | **Separate Bond (if applicable):** N/A |

|  |  |
|---|---:|
| Net Receipts: | $116,151.14 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $116,151.14 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5211 Checking | $116,151.14 | $116,151.14 | $0.00 |
| | **$116,151.14** | **$116,151.14** | **$0.00** |

05/01/2023
Date

/s/Janina M. Hoskins
Janina M. Hoskins